# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) SUSAN ENGLISH, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>(1) WAL-MART STORES, INC. )<br>)<br>Defendant. ) | Case No. 16-CIV-00906-M |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a) (1) (ii), the Plaintiff, Susan English, and the Defendant, Wal-Mart Stores, Inc., hereby stipulate that the above styled and numbered cause should be dismissed with prejudice to the refiling of same as said above styled and numbered cause has been fully settled, adjusted, and compromised.  All parties are to bear their own costs, fees, and attorney's fees.

Dated this 7th day of September, 2017

Respectfully submitted,

/s/Scott F. Brockman
(Signed by filing attorney with permission)
Scott F. Brockman, OBA No. 19416
BROCKMAN LAW, P.L.L.C.
10601 South Western Avenue, Suite 117
Oklahoma City, OK 73170
Telephone:  405-703-4429
Facsimile:  405-703-4499
E-mail:  scott@brockmanlawpllc.com

*Attorney for Plaintiff*

1

/s/Matthew J.G. McDevitt
Michael C. Felty, OBA No. 10804
Matthew J.G. McDevitt, OBA No. 20771
LYTLE, SOULÉ & CURLEE, P.C.
119 North Robinson Avenue, Suite 1200
Oklahoma City, OK 73102
Telephone: (405) 235-7471
Facsimile: (405) 232-3852
E-mail:  felty@lytlesoule.com
              mcdevitt@lytlesoule.com

*Attorneys for Defendant,*
*Wal-Mart Stores, Inc.*